# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE SUTTON-LEWIS, | Case No. 2:17-cv-02363-JCM-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| DENNY'S, INC, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Leave to File a Third-Party Complaint (ECF No. 12), filed on January 24, 2018. To date, Plaintiff has not filed an opposition to this motion and the time for opposition has now expired.[1] Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File a Third-Party Complaint (ECF No. 12) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to file Defendant's Third-Party Complaint, which is attached to Defendant's Motion as Exhibit A (ECF No. 12-1).

DATED this 8th day of February, 2018.

GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] Pursuant to Local Rule 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."