**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHELLE SUTTON-LEWIS,                )        Case No. 2:17-cv-02363-JCM-GWF
                                      )
               Plaintiff,             )
                                      )
vs.                                   )        **ORDER**
                                      )
DENNY'S, INC, *et al.*,               )
                                      )
               Defendant.             )
_____)

This matter is before the Court on Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 22), filed on March 7, 2018.  To date, no party has filed an opposition to this motion and the time for opposition has now expired.[1]  Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 22) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to file Plaintiff's Amended Complaint, which is attached to Plaintiff's Motion as Exhibit 1 (ECF No. 22-1).

DATED this 16th day of March, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] Pursuant to Local Rule 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."